UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:24-CR-80-1FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) | **ORDER TO PARTIALLY LIFT SEAL** |
| v. | | |
| DERRICK CHAD ATKINSON | | |

Upon motion of the Government, the following document in the above-captioned matter is hereby ORDERED partially unsealed, for the limited purpose, and to the limited extent, stated in the Government's motion:

Agreed Factual Basis for Guilty Plea (D.E. 14, Attachment #1)

SO ORDERED.

10/23/2025
DATE

Louise W. Flanagan
United States District Judge